IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF:<br><br>KAREN J. ANTHONY,<br><br>Debtor. | 4:12-CV-3126<br><br>BANKRUPTCY NO. BK11-42232<br><br>ORDER |

The appellant, Karen J. Anthony, has filed an attorney discipline complaint regarding Todd R. Mulliner, attorney for Edenton North Home Owner's Association. Pursuant to NEGenR 1.8(a)(2), "[i]n an open or closed bankruptcy case, the assignment will be to the bankruptcy judge except where the alleged disciplinary violation occurred before a district judge (as in appeals or otherwise) and in that circumstance the assignment will be to the district judge." In this case, the conduct complained of—the filing of Edenton North's bankruptcy claim—occurred before the bankruptcy judge. Therefore,

IT IS ORDERED:

1. This disciplinary matter is referred to the United States Bankruptcy Court for the District of Nebraska pursuant to NEGenR 1.8(a)(2);

2. The Clerk of the United States District Court for the District of Nebraska shall deliver, or send electronically, the appellant's attorney discipline complaint to the Clerk of the Bankruptcy Court for the District of Nebraska.

Dated this 6th day of September, 2012.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge